# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendant. | Case No. 1:20-cv-1136-APM |

## DEFENDANT'S STATUS REPORT

Pursuant to the Court's May 19, 2020, Minute Order, Defendant hereby offers this supplemental status report on its progress toward paying the remaining $3.2 billion of the $8 billion set aside for Tribal governments under Title V of the CARES Act, Pub. L. 116-136, 134 Stat. 281 (2020), 42 U.S.C. § 801.

Defendant is implementing the plan that it previously articulated to the Court. *See generally* Kowalski Decl. (ECF No. 31-1). Consistent with that plan, the portal is now open for Tribal governments to submit their data. The Tribal governments were notified by email, with a link to the portal. The deadline for data submission is Tuesday, May 26, 2020. Upon receipt, Defendant will begin reviewing the submissions and will, after the portal has closed, determine payment amounts according to the allocation methodology on Treasury's website, https://home.treasury.gov/system/files/136/Coronavirus-Relief-Fund-Tribal-Allocation-Methodology.pdf.

Dated: May 22, 2020                                                              Respectfully submitted,

                                                                                                    JOSEPH H. HUNT
                                                                                                    Assistant Attorney General

1

ERIC WOMACK
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*