# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, <br><br> Defendant. | Case No. 1:20-cv-1136-APM |

## DEFENDANT'S STATUS REPORT

Although the Court has not ordered any further status reports, Defendant wishes to keep the Court and Plaintiffs apprised of Defendant's progress toward making final payments from the Coronavirus Relief Fund.

This afternoon, Treasury posted a document entitled *Allocation to Tribal Governments* (June 12, 2020), *available at* https://home.treasury.gov/system/files/136/Tribal-Allocation-Methodology-for-Second-Distribution.pdf. The document describes at length Treasury's allocation methodology, as well as the formulae used to make payments based on employment and expenditure data. And as noted in the document, these payments were initiated today. The document further notes that $679 million, or roughly 8.5% of the portion of the Coronavirus Relief Fund made available for Tribal governments, is being withheld "to resolve any potentially adverse decision in litigation" over Defendant's methodology for calculating disbursements from the CARES Act appropriation for Tribal governments. As counsel represented at Thursday's hearing in *Prairie Band Potawatomi Nation v. Mnuchin*, No. 1:20-cv-1492, Treasury's reservation of those funds is subject to further Court order.

Dated: June 12, 2020                                    Respectfully submitted,

                                                                                         JOSEPH H. HUNT
                                                                                         Assistant Attorney General

2

        ERIC WOMACK
        Assistant Branch Director

        */s/ Jason C. Lynch*
        Jason C. Lynch (D.C. Bar No. 1016319)
        Trial Attorney
        United States Department of Justice
        Civil Division, Federal Programs Branch
        1100 L Street NW, Rm. 11214
        Washington, DC 20005
        Tel: (202) 514-1359
        Email: Jason.Lynch@usdoj.gov

        *Attorneys for Defendants*