UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>Defendant. | Case No. 1:20-cv-1136-APM |

**NOTICE BY DEFENDANT**

At this morning's status conference, the Court asked how quickly Treasury could commence disbursement of the $679 million currently being reserved, *see* Def. Status Rep. (ECF No. 39), if ordered by the Court to do so. Treasury estimates that it could initiate payments within one business day of such an order. This estimate assumes that the Court would order Treasury to pay the reserved amount as it is currently allocated under the employment- and expenditure-based formulae announced on Friday, June 12, 2020.[1]

Dated: June 15, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ERIC WOMACK
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch

---

[1] *See* U.S. Treasury, *Allocation to Tribal Governments* (June 12, 2020), *available at* https://home.treasury.gov/system/files/136/Tribal-Allocation-Methodology-for-Second-Distribution.pdf.

 1100 L Street NW, Rm. 11214
 Washington, DC 20005
 Tel: (202) 514-1359
 Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*