UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 20-cv-01136 (APM) |
| STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury, | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 41, Plaintiffs' Renewed Motion for a Preliminary Injunction, ECF No. 37, is granted. Except as provided below, the Secretary shall disburse, by no later than June 17, 2020, the remaining $679 million in Title V CARES Act funds designated for Tribal governments.

At his discretion, the Secretary may withhold $7.65 million from that sum. If by June 18, 2020, The Prairie Band Potawatomi Nation has not sought expedited review from the D.C. Circuit, the Secretary shall distribute the $7.65 million to eligible Tribal governments. If such expedited review is sought, the Secretary may withhold the $7.65 million until resolution of the matter by the D.C. Circuit. The Clerk of Court shall provide a copy of the is Order and the accompanying Memorandum Opinion to counsel for The Prairie Band Potawatomi Nation.

This is a final, appealable order.

Dated: June 15, 2020

Amit P. Mehta
United States District Court Judge