UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AGUA CALIENTE BAND OF CAHUILLA INDIANS, *et al.*,<br><br>                    Plaintiffs,<br><br>      v.<br><br>STEVEN MNUCHIN, in his official capacity as Secretary of the Treasury,<br><br>                    Defendant. | Case No. 1:20-cv-1136-APM |

## NOTICE BY DEFENDANT

Pursuant to the Court's recent Order (ECF No. 42), Treasury began today to disburse the $679 million that Treasury otherwise intended to withhold.[1] Consistent with that Order, Treasury decided not to withhold $7.65 million from that sum. Thus, the entire Coronavirus Relief Fund should be disbursed imminently, subject to two caveats.

First, pursuant to the Court's preliminary injunction in three related cases, Treasury continues to withhold the payments allocated to Alaska native corporations. *See* Mem. Op. (ECF No. 41) at 3 n.1.

Second, Treasury has encountered a payment issue related to the Data Universal Numbering System ("DUNS") codes of two Indian Tribes. The amount held up by this issue is roughly $1.5 million. Treasury is working with the Tribes to correct the issue and complete payment of the full amount.

Dated: June 17, 2020                                        Respectfully submitted,

                                                            JOSEPH H. HUNT
                                                            Assistant Attorney General

---

[1] *See* U.S. Treasury, *Allocation to Tribal Governments* (June 12, 2020), *available at* https://home.treasury.gov/system/files/136/Tribal-Allocation-Methodology-for-Second-Distribution.pdf.

1

ERIC WOMACK
Assistant Branch Director

*/s/ Jason C. Lynch*
Jason C. Lynch (D.C. Bar No. 1016319)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Rm. 11214
Washington, DC 20005
Tel: (202) 514-1359
Email: Jason.Lynch@usdoj.gov

*Attorneys for Defendants*